IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV65


| | | |
|---|---|---|
| DONALD JAMES ALDRIDGE | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LIBERTY MUTUAL LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON | ) | |
| Defendant. | ) | |


**THIS MATTER** is before the Court upon the motion of Defendant to allow Ashley B. Abel  to appear  *Pro Hac Vice*, filed June 14, 2005.

Upon careful review and consideration, this Court will grant Defendant's Application.


**IT IS SO ORDERED.**

**Signed: June 23, 2005**

Graham C. Mullen
Chief United States District Judge