IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV65

| | |
|---|---|
| ELAINE T. ALDRIDGE, as personal representative of the Estate of DONALD JAMES ALDRIDGE, deceased,  Plaintiff,  v.  LIBERTY MUTUAL LIFE ASSURANCE COMPANY OF BOSTON,  Defendant. | ORDER |

**THIS MATTER** is before the court on its own motion. The Supplemental Certification and Report of Attorneys' Conference in this case indicates that this matter is to be set for a status conference before entry of the scheduling order. Accordingly, the parties are directed to appear in my chambers on **Friday, November 4, 2005 at 11:00 a.m.**

IT IS SO ORDERED.

**Signed: October 27, 2005**

Graham C. Mullen
Chief United States District Judge