# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:05CV65

| | |
|---|---|
| DONALD JAMES ALDRIDGE,  )<br>                Plaintiff,  )<br>    v.  )<br>                           )<br>LIBERTY MUTUAL LIFE ASSURANCE  )<br>COMPANY OF BOSTON,  )<br>                Defendant.  )<br>_____) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on its own motion. The Supplemental Certification and Report of Initial Attorneys' Conference [doc. 16] filed on October 20, 2005, indicated that a mediated settlement conference would be held by December 15, 2005, if necessary.

**IT IS HEREBY ORDERED** that the parties advise this court in writing, within ten days of the date of this order, as to the status of mediation, including whether a mediator has been selected and if a date for mediation has been scheduled.

**SO ORDERED**.

**Signed: January 18, 2006**

Graham C. Mullen
Chief United States District Judge